IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES VALENTINIS-DEE, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-51-MJT-CLS |
| REAL ESTATE VALUE, *Defendant*. | § § § § | |

**MEMORANDUM ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [Dkt. 5]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

Plaintiff, proceeding *pro se*, filed suit on February 12, 2024, alleging Defendant violated a contractual relationship between the parties [Dkt. 1]. On February 13, 2024, Judge Stetson ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* [Dkt. 2]. That order and the Notice of Case Assignment to Judge Stetson were mailed to Plaintiff at his address of record, but both were returned as undeliverable, as Plaintiff was "no longer at this address" [Dkts. 3, 4]. On March 11, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 5] advising the Court to dismiss without prejudice Plaintiff's claims pursuant to FED. R. CIV. P. 41(b), as Plaintiff failed to provide the Court with a current address. Plaintiff did not object to Judge Stetson's Report and Recommendation and the time to do so has passed. After careful review, the

Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 5] is ADOPTED.  Plaintiff's claims are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).  A final judgment will be entered by the Court.

IT IS SO ORDERED.

**SIGNED this 3rd day of April, 2024.**

Michael J. Truncale
United States District Judge